UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY HOSMER,<br><br>Plaintiff,<br><br>v.<br><br>ADAM PAUL LAXALT, *et al.*,<br><br>Defendants. | Case No. 3:17-cv-00064-MMD-VPC<br><br>ORDER |

Plaintiff has appealed the Court's Order dismissing this action. (ECF No. 13.) There is a general rule that an appeal suspends the power of the court below to proceed further in the case, except to take such steps as will assist the appellate court in its determination. *Hovey v. McDonald*, 109 U.S. 150, 157 (1883); *United States v. Lafko*, 520 F.2d 622, 627 (3rd Cir. 1975). The Court lacks jurisdiction to address Plaintiff's emergency motion for investigation (ECF No. 17). Plaintiff's motion (ECF No. 17) is therefore denied.

DATED THIS 17th day of May 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE